IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUDY HOLBIRD**                                                                                         **PETITIONER**

**4:21CV00082 LPR/PSH**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                      **RESPONDENT**

**ORDER**

The Court has received Proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed, and the time for doing so has expired. After a careful and *de novo* review of the PFR and the record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which petitioner has made a substantial showing of a denial of a constitutional right. Thus, the certificate of appealability is denied.

IT IS SO ORDERED this 3rd day of November 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE