IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUDY HOLBIRD**                                                                                    PETITIONER

                                      **4:21CV00082 LPR/PSH**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                    RESPONDENT

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 3rd day of November 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE